## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50066 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. KEVAIN ORIS WHITE, SR. | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings under a Rule 5 violation of supervised release held. Defendant in custody. Court appoints Paul Gaziano as counsel. Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Bail hearing held. Court enters order setting conditions of release. Defendant to appear before Magistrate Judge Scott, Federal Courthouse, Las Cruces, NM, the Hondo Courtroom, on December 21, 2007 at 9:30 am.

Docketing to mail notices.

00:10

| Courtroom Deputy Initials: | GG |

07CR50066 - 1 USA vs. KEVAIN ORIS WHITE, SR.Page 1 of 1