# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50066 - 1 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs. KEVAIN ORIS WHITE | | |

**DOCKET ENTRY TEXT:**

Telephonic status hearing held.  Minute order of December 7, 2007 is amended to reflect that defendant is to appear in Albuquerque, NM.  Defendant's bond is modified as follows: The Probation Officer is authorized to give permission for defendant to travel interstate for work as long as she reasonably believes that the defendant has a valid driver's license.  The defendant is not to drive a motor vehicle without a valid driver's license.

Docketing to mail notices.

00:05

| | |
|---|---|
| Courtroom Deputy Initials: | GG |