*United States District Court*
Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois 61101

Michael W. Dobbins,
Clerk

December 10, 2007

United States District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Boulevard, N.W., Suite 270
Albuquerque, NM 87102

    Re:    USA v. Kevain Oris White, Sr.
            USDC No: 07 CR 50066

Dear Sir/Madam:

Enclosed please find certified copies of the following documents in connection with the removal proceedings conducted in this District regarding the above named defendant:

    Docket sheet - case number 07 cr 50066

    Affidavit in removal proceeding

    Orders entered by Magistrate Judge Mahoney on 12/07/07 and 12/10/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                        Sincerely yours,

                        Michael W. Dobbins, Clerk

            By:    Julia M. Mitchell
                  Deputy Clerk

---

F I L E D
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 18 2007

MATTHEW J. DYKMAN
CLERK

F I L E D

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT